# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTOUR ARAKELIAN, <br><br> Plaintiff, <br><br> v. <br><br><br> MERCEDES-BENZ USA, LLC, <br><br> Defendant. | CV 18-09420-DSF (FFMx) <br><br> Order to Show Cause re Dismissal |

On February 24, 2020, the Court held a Final Pretrial Conference at which it made certain orders documented in its Minute Order.  Dkt. 25.  Because the parties had not yet complied with the Court's order, on March 27, the Court issued its "TEXT ONLY ENTRY" again ordering compliance.  Another 30 days have passed and the parties still have not complied.  Failure to comply by May 4, 2020 will result in dismissal for lack of prosecution and failure to comply with Court orders.  If defense counsel does not cooperate with plaintiff's counsel by supplying Defendant's position, Plaintiff must file a unilateral response and the Court will issue monetary sanctions against the Defendant and its counsel.

This overburdened Court should not have to make three separate orders in order to have counsel complete a simple task.

IT IS SO ORDERED.

Date: April 27, 2020

Dale S. Fischer
United States District Judge